# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
## SECOND AMENDED PLAN

DEBTOR: Luz C. Bolivar    JOINT DEBTOR: _____    CASE NO.: 13- 26392-AJC
Last Four Digits of SS# 9496    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 202.32 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 +$775.00 (Motion to Value)=$4,425.00 TOTAL PAID $1,500.00
    Balance Due    $ 2,925.00 payable $ 146.25 /month (Months 1 to 20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE    Arrearage on Petition Date $
Address: _____    Arrears Payment $ ____/month (Months ___ to ___)
    Regular Payment $ ____/month (Months ___ to ___)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Green Tree (Loan No. XXXX8346) | Homestead: 19165 NW 82nd Circle Court, #26A Hialeah, FL 33015 $ 92,980.00 | 0% | $0.00 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE    Total Due $
    Payable    $ ____/month (Months ___ to ___) Regular Payment $

Unsecured Creditors: Pay $35.84 /month (Months 1 to 20) and Pay $ 182.09 /month (Months 21 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Secured Creditor, NationStar is being paid directly outside the plan. The debtor surrenders and abandons any and all interest in the property located at 12136 Saint Andrews Place, #101, Miramar, FL 33025 financed by Bank of America Home Loans and St. Andrews of Miramar Condominium Association. The debtor is obligated to comply with Section 521(f) of the code and acknowledges the Trustee has requested tax returns therein. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for Debtor                                        Joint Debtor
Date: 12/27/13                                                Date:

LF-31 (rev. 01/08/10)