**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida (Miami)**

| | |
|---|---|
| IN RE: | Case No.:  13-26392 |
| Debtors: Luz C Bolivar | Loan Number (Last 4):  6381 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Nationstar Mortgage, LLC | Green Tree Servicing LLC |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 1 |
| Lewisville, TX 75067 | Amount of Claim:  $53,303.31 |
| | Date Claim Filed:  07/23/2013 |
| Phone:  877-782-7612 | Last Four Digits of Acct #:  2094 |
| Last Four Digits of Acct #:  6381 | |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:  877-782-7612
Last Four Digits of Acct #:  6381

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| By: | /s/ Diana Duarte | Date:  03/13/2014 |
| | Authorized Filing Agent | |
| | (Approved by: Megan Koza) | |

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

755452-f0076bce-cc07-438d-8c08-0698d5fd1f45